**No. 09-10443. Edwin Molina, Jr., Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4539.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 211.

**No. 09-10446. Robert Edward Phillips, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4440.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 822.

**No. 09-10448. Gregory Phillips, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4473.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 370 Fed. Appx. 610.

**No. 09-10449. Ali Mitchell, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4500.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10455. Vance Hicks, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4439,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 836.

**No. 09-10457. Manuel Isaac Marquez, Sr., Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4470.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 855.

**No. 09-10459. Reginald Bernard Mooney, Petitioner v. United States, et al.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4547.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 620.